# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00021-CR

**Kevin Scott, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE COUNTY COURT AT LAW NO. 8 OF TRAVIS COUNTY
## NO. C-1-CR-17-501171, THE HONORABLE CHUCK MILLER, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due March 26, 2018. On counsel's motions, the time for filing was extended to June 11, 2018. Appellant's counsel has now filed a third motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than July 26, 2018. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is ordered on June 20, 2018.

Before Justices Puryear, Pemberton, and Bourland

Do Not Publish